```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

THOMAS WILLIAMS,                   :
                                   :
              Plaintiff,           :
v.                                 :
                                   :   CASE NO. 4:20-cv-00215-CDL
COLUMBUS POLICE DEPARTMENT,        :
*et al.*,                          :
                                   :
              Defendants.          :
_____

## ORDER

On September 9, 2020, the Court received Plaintiff's *pro se* complaint (ECF No. 1) raising claims pursuant to 42 U.S.C. § 1983.  Plaintiff, however, failed to pay the filing fee or submit a motion to proceed without payment of the filing fees.  Thus, before this action may proceed, Plaintiff must either pay the required $400.00 filing fee (the $350.00 statutory filing fee plus a $50.00 administrative filing fee) or file a motion for leave to proceed *in forma pauperis*.

Accordingly, Plaintiff is **ORDERED** to pay the filing fee or file a motion for leave to proceed *in forma pauperis* within **FOURTEEN (14) DAYS**.  The Clerk is DIRECTED to send Plaintiff a financial affidavit form along with a copy of this Order.  Failure to comply with this Order may result in the dismissal of Plaintiff's action.  There shall be no service of process

in this case until further order of the Court.

SO ORDERED, this 10th day of September, 2020.

S/Clay D. Land  
UNITED STATES DISTRICT JUDGE